AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 02, 2022**

SEAN F. McAVOY, CLERK

VINCENT BEASLEY,

_____
*Plaintiff*

v.

CITY OF KENNEWICK, a municipality, and MARIE
MOSLEY, an individual,

_____
*Defendant*

)
)
)
)
)
)

Civil Action No.   4:22-CV-5006-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Judgment is entered in favor of Plaintiff, Vincent Beasley, and against Defendant, City of Kennewick, in the amount of
$400,001.00, plus reasonable attorney's fees and costs as subsequently determined by the Court on application of
Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   Mary K. Dimke _____ on a Motion for Entry of Judgment
Against the City of Kennewick Pursuant to Defendants' Offer of Judgment, ECF No. 7.

Date:   3/2/2022 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Cora Vargas
_____
*(By) Deputy Clerk*

Cora Vargas
_____