FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VINCENT BEASLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF KENNEWICK, a municipality, and MARIE MOSLEY, an individual,<br><br>    Defendant. | No. 4:22-cv-05006-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT MARIE MOSLEY<br><br>**ECF No. 11** |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 11. Plaintiff has accepted Defendants' Offer of Judgment, by which Plaintiff has agreed to take judgment against Defendant City of Kennewick only and dismiss with prejudice and without costs or fees the claims against Defendant Mosley. ECF No. 8.  Pursuant to the Offer of Judgment and the Court's Order on Plaintiff's Motion for Entry of Judgment, the parties have stipulated to the entry of an order dismissing Plaintiff's claims against Defendant Mosley with prejudice, with each party bearing its own costs and fees.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

the Court accepts the notice of stipulation and grants the motion to dismiss the claims against Defendant Mosley.

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion to Dismiss, **ECF No. 11**, is **GRANTED**.

2. Plaintiff's claims against Defendant Mosely are **DISMISSED with prejudice,** with all parties to bear their own costs and attorney fees.

The District Court Executive is directed to enter this Order and provide copies to counsel.

DATED March 14, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANT MARIE MOSLEY - 2